IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

FILED
MAR - 7 2013
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| PAUL ELLIOT, on behalf of the Paul Elliot IRA R/O, derivatively on behalf of SandRidge Energy, Inc., ) ) ) ) Plaintiff, ) ) vs. ) ) TOM L. WARD et al., ) ) Defendants, ) ) and ) ) SANDRIDGE ENERGY, INC., ) ) Nominal Defendant. ) | No. CIV-13-102-W |

## ORDER

On February 19, 2013, the Court granted the Motions for Admission Pro Hac Vice [Docs. 32, 33, 34] filed on February 18, 2013, in support of the Requests for Admission Pro Hac Vice [Docs. 32-1, 33-1, 34-1] filed by Brian B. Alexander, C. William Phillips and Mark P. Gimbel, but advised these three attorneys that they were permitted to appear as co-counsel of record in this matter for the individual defendants and for defendant SandRidge Energy, Inc., only if they paid the required fee of $50.00, e.g., Rule 83.2(g), Rules of the United States District Court for the Western District of Oklahoma, and filed an entry of appearance on the form prescribed by the Clerk of the Court, e.g., Rule 83.4, supra, within fourteen (14) days of the date of the Court's Order. See Doc. 36. Attorneys Alexander, Phillips and Gimbel were advised that failure to comply with the Court's Order by the designated deadline would result in vacatur of the Order and denial of the noncompliant

attorney's Motion for Admission Pro Hac Vice. See id.

On February 19, 2013, Phillips, Alexander and Gimbel each filed an entry of appearance. See Docs. 39, 40, 41. The records of the Clerk of the Court, however, indicate that neither Phillips, Alexander nor Gimbel has paid the fee of $50.00 required by Rule 83.2(g), supra, within the allotted time.

Accordingly, the Court

(1) VACATES its Order of February 19, 2013, granting the Motions for Admission Pro Hac Vice [Docs. 32, 33, 34] and permitting Alexander, Phillips and Gimbel to appear as co-counsel of record in this matter, see Doc. 36; and

(2) DENIES the Motions for Admission Pro Hac Vice [Docs. 32, 33, 34] filed on February 18, 2013.

ENTERED this 7th day of February, 2013.

LEE R. WEST
UNITED STATES DISTRICT JUDGE