# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: SANDRIDGE ENERGY, INC. SHAREHOLDER DERIVATIVE LITIGATION | No. CIV-13-102-W<br>Relating to All Derivative Actions |

## DEFENDANT TOM L. WARD'S OPPOSITION TO SHAREHOLDER DALE HEFNER'S MOTION FOR SETTLEMENT-RELATED DISCOVERY

Steven M. Bauer (admitted *pro hac vice*)
Margaret A. Tough (admitted *pro hac vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8085

J. Christian Word (admitted *pro hac vice*)
Christopher J. Fawal (admitted *pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

George S. Corbyn, Jr.  OBA # 1910
Corbyn Hampton Law Firm
211 North Robinson, Suite 1910
One Leadership Square
Oklahoma City, Oklahoma  73102
Telephone: (405) 239-7055
Facsimile: (405) 702-4348

*Attorneys for Tom L. Ward*

Defendant Tom L. Ward hereby submits his Opposition to Shareholder Dale Hefner's Motion for Settlement-Related Discovery [Dkt. 336].  In his Mr. Hefner's motion (the "Motion") Mr. Hefner moves the Court for three broad categories of discovery so that he may ostensibly help this Court assess the fairness of the settlement reached between the Independent Directors, Mr. Ward, and Plaintiffs, and with the assistance of Hon. Layn Phillips.  Yet Mr. Hefner presents the Court with no basis to support his demand for discovery into the settlement process.  Mr. Ward supports the arguments presented by the Plaintiffs, the SLC and the Independent Director Defendants in their oppositions filed on this same date.[1]  In addition, Mr. Ward opposes Mr. Hefner's motion for the following reasons:

It is black letter law that "[a] court should not allow discovery into the settlement-negotiation process unless the objector makes a preliminary showing of collusion or other improper behavior." *Manual for Complex Litigation*, (Fourth) § 21.643 at 327-28 (2004). Courts in this Circuit routinely reject requests for settlement discovery absent a presentation of credible evidence supporting an inference of collusion between the settling parties. *See, e.g.*, *Epstein v. Wittig*, 2005 WL 3276390 at *7 (D. Kan. Dec. 2, 2005) (rejecting request for discovery into derivative suit settlement negotiations; such discovery is "only proper where the party seeking it lays a foundation by adducing from other sources evidence indicating that the settlement may be collusive") (internal quotations and citations omitted); *Hershey v. ExxonMobil Oil Corp.*, 2012 WL 4758040 at *2 (D. Kan. Oct. 5, 2012) (rejecting discovery request into settlement negotiations because party "presented no credible evidence suggesting collusion on the part of the plaintiff and ExxonMobil" and his claims were "unjustified and purely speculative"); *see also Vollmer v. Publishers Clearing House*, 248 F.3d 698, 708 (7th Cir. 2001)

---

[1] Mr. Ward likewise supports the positions taken by the Independent Directors, the SLC, and Plaintiffs in their response to Mr. Hefner's objections to the fairness of the settlement.  Mr. Ward refers the Court to the response briefs of those parties filed on this date.

2

("[d]iscovery of settlement negotiations….is only proper where the party seeking it lays [an evidentiary] foundation…that the settlement may be collusive"). Mr. Hefner fails to present any evidence of collusion. Indeed, his Motion is largely silent on this point despite the fact that he bears the burden of this showing. At most, Mr. Hefner describes the terms of the settlement and implies that collusion should be inferred from those terms alone. Motion at 12-13. In that case, however, the Court can surely assess the fairness of the settlement without providing Mr. Hefner with the requested discovery.

Furthermore, the involvement of Hon. Layn Phillips as a mediator in the parties' settlement negotiations weighs against any inference of collusion. *See In re Apple Computer, Inc. Derivative Litigation*, 2008 WL 4820784, at \*3 (N.D. Cal. Nov. 5, 2008) (a former magistrate judge's role as mediator throughout the litigation "weigh[ed] considerably against any inference of a collusive settlement"); *see also D'Amato v. Deutsche Bank*, 236 F.3d 78, 85 (2d Cir. 2001) (denying objection to the settlement and explaining that a mediator's involvement in settlement negotiations "helps to ensure that the proceedings were free of collusion and undue pressure"). Nonetheless, Mr. Hefner's motion also ignores the involvement of Hon. Layn Phillips as a mediator in this case. The settling parties did not reach the proposed settlement in some backroom deal; settlement was the result of a protracted negotiation and with the considerable involvement of a former United States District Judge.

Finally, if the Court considers discovery proper, Plaintiffs should bear the burden of providing such discovery. All of the information Mr. Hefner has requested is in the possession of Plaintiffs' counsel. Plaintiffs represent the interests of SandRidge in this case, the same interests Mr. Hefner purports to represent. To the extent Mr. Hefner believes that SandRidge shareholder interests are not properly represented by the settlement in this case, Plaintiffs' counsel are best positioned to provide Mr. Hefner with the materials that led them to a different

3

conclusion. Defendants should not have to shoulder the burden of discovery so that Mr. Hefner's counsel can try to challenge the settlement in an effort to gain access to the "attorney's fee trough." *See Mars Steel Corp. v. Continental Illinois Nat. Bank and Trust Co. of Chicago*, 834 F.2d 677, 684 (7th Cir. 1987); *see also Manual for Complex Litigation*, (Fourth) § 21.643 at 327-28 (2004) ("Discovery should be minimal and conditioned on a showing of need, because it will delay settlement, introduce uncertainty, and might be undertaken primarily to justify an award of attorney's fees to the objector's counsel.").

For these reasons and the reasons outlined in the concurrent opposition briefs of the Independent Directors, the SLC, and Plaintiffs, the Court should deny Mr. Hefner's motion to obtain settlement-related discovery.

Dated:  December 11, 2015

                                                Respectfully submitted,

                                        By    */s/  J. Christian Word*

                                                Steven M. Bauer
                                                Margaret A. Tough
                                                LATHAM & WATKINS LLP
                                                505 Montgomery Street, Suite 2000
                                                San Francisco, CA  94111
                                                Telephone:  (415) 391-0600
                                                steven.bauer@lw.com
                                                margaret.tough@lw.com

                                                J. Christian Word
                                                Christopher J. Fawal
                                                LATHAM & WATKINS LLP
                                                555 Eleventh St. NW, Suite 1000
                                                Washington, DC 20004
                                                Telephone:  (202) 637-2200
                                                christian.word@lw.com
                                                christopher.fawal@lw.com

                                                George S. Corbyn, Jr.  OBA # 1910
                                                Corbyn Hampton Law Firm
                                                211 North Robinson, Suite 1910
                                                One Leadership Square

Oklahoma City, Oklahoma  73102
Telephone: (405) 239-7055
Facsimile: (405) 702-4348

*Attorneys for Tom L. Ward*

## CERTIFICATE OF SERVICE

It is hereby certified that copies of Tom L. Ward's Opposition to Shareholder Dale Hefner's Motion for Settlement-Related Discovery were served on December 11, 2015 as follows:

| | |
|---|---|
| **WHITTEN BURRAGE**<br>Michael Burrage<br>Email: mburrage@whittenburragelaw.com<br>Randa Kay Reeves<br>Email: rreeves@whittenburragelaw.com<br>Reggie N. Whitten<br>Email: rwhitten@whittenburragelaw.com<br>1215 Classen Drive<br>Oklahoma City, Oklahoma 73103<br>Fax: 405-516-7859<br><br>**KAPLAN FOX & KILSHEIMER LLP**<br>Jeffrey P. Campisi<br>Email: jcampisi@kaplanfox.com<br>Matthew P. McCahill<br>Email: mmccahill@kaplanfox.com<br>Robert N. Kaplan<br>Email: rkaplan@kaplanfox.com<br>850 Third Avenue, 14th Floor<br>New York, New York 10022<br>Fax: 212-687-7714<br><br>**SCOTT & SCOTT ATTORNEYS AT LAW**<br>Amanda F. Lawrence<br>Email: alawrence@scott-scott.com<br>156 South Mail Street<br>P.O. Box 192<br>Colchester, CT 06415<br>Fax: 860-537-4332<br><br>**SCOTT & SCOTT ATTORNEYS AT LAW**<br>Joseph P. Guglielmo<br>Email: jguglielmo@scott-scott.com<br>405 Lexington Avenue<br>40th Floor the Chrysler Building<br>New York, New York 10174<br>Fax: 212-223-6334<br><br>*Attorneys for Plaintiffs*<br><br>**ROBBINS ARROYO LLP**<br>George C. Aguilar<br>Jay N. Razzouk<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990 | **JACKSON WALKER L.L.P.**<br>Andrew D. Graham<br>Email: agraham@jw.com<br>Mark T. Josephs<br>Email: mjosephs@jw.com<br>Edwin M. Buffmire<br>Email: ebuffmire@jw.com<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202<br>Fax: 214-953-5822<br><br>**GABLEGOTWALS**<br>William A. Edmondson<br>Email: dedmondson@gablelaw.com<br>Gregory T. Metcalfe<br>Email: gmetcalfe@gablelaw.com<br>Thomas William Gruber<br>Email: tgruber@gablelaw.com<br>211 N. Robinson Avenue<br>Oklahoma City, Oklahoma 73102<br>Fax: 405-235-2875<br><br>**FEDERMAN & SHERWOOD**<br>William B. Federman<br>Email: wbf@federmanlaw.com<br>10205 North Pennsylvania Avenue<br>Oklahoma City, Oklahoma 73120<br>Fax: 405-239-2112<br><br>**JAMES E. DUNN & ASSOCIATES PLLC**<br>James E. Dunn<br>Email: jim@usattorney.com<br>1138 North Robinson Avenue<br>Oklahoma City, Oklahoma 73103<br>Fax: 405-239-1003<br><br>**GLANCY BINKOW & GOLDBERG LLP**<br>Louis N. Boyarsky<br>Email: lboyarsky@glancylaw.com<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067 |

| | |
|---|---|
| Facsimile: (619) 525-3991<br>brobbins@robbinsarroyo.com<br>gaguilar@robbinsarroyo.com<br>jrazzouk@robbinsarroyo.com<br><br>CHARLES F. ALDEN, III, OBA #0187<br>210 Park Avenue, Suite 2550<br>Oklahoma City, OK 73102<br>Telephone: (405) 235-5255<br>Facsimile: (405) 235-8130<br>lawyer0187@aol.com<br><br>*Attorneys for Interested Party/Shareholder Dale Hefner* | |
| **GARDERE WYNNE SEWELL LLP**<br>Peter Scaff<br>Email: pscaff@gardere.com<br>Thomas A. Hagemann<br>Email: thagemann@gardere.com<br>1000 Louisiana, Suite 3400<br>Houston, Texas 77002-5011<br>Fax: 713-276-5555<br><br>**CUTTER LAW FIRM, PLC**<br>Andrea Treiber Cutter<br>Email: acutter@cutterlawfirm.com<br>320 S. Boston Avenue, Suite 1030<br>Tulsa, Oklahoma 74103<br>Fax: (918) 584-1425<br><br>*Attorneys for Defendants 192 Investments, LLC & WCT Resources, LLC* | **FELLERS SNIDER BLANKENSHIP BAILEY & TIPPENS**<br>Jay P. Walters<br>Email: jwalters@fellerssnider.com<br>Robert G. McCampbell<br>Email: rmccampbell@fellerssnider.com<br>Travis V. Jett<br>Email: tjett@fellerssnider.com<br>100 North Broadway Avenue, Suite 1700<br>Oklahoma City, Oklahoma 73102-8820<br>Fax: 405-232-9659<br><br>**DEBEVOISE & PLIMPTON LLP**<br>Maeve O'Connor<br>Email: mloconnor@debevoise.com<br>Edwin G. Schallert<br>Email: egschallert@debevoise.com<br>919 Third Avenue<br>New York, New York 10022<br>Fax: 212-909-6836<br><br>**DEBEVOISE & PLIMPTON LLP**<br>Scott N. Auby<br>Email: snauby@debevoise.com<br>555 13th Street Northwest<br>Washington, D.C. 20004<br>Fax: 202-383-8118<br><br>*Attorneys for Special Litigation Committee Of The Board Of Directors Of Nominal Defendant SandRidge Energy Inc.* |

| | |
|---|---|
| **COVINGTON & BURLING**<br>C. Williams Phillips<br>Email: cphillips@cov.com<br>Mark P. Gimbel<br>Email: mgimbel@cov.com<br>620 Eighth Avenue<br>The New York Times Building<br>New York, New York 10018<br>Fax: 646-441-9015<br><br>**COVINGTON & BURLING**<br>Joanne Sum-Ping<br>Email: jsumping@cov.com<br>One Front Street<br>San Francisco, CA 94111<br>Fax: 415-591-6091<br><br>**CROWE & DUNLEVY**<br>Thomas B. Snyder<br>Email: thomas.snyder@crowedunlevy.com<br>Braniff Building<br>324 North Robinson Avenue, Suite 100<br>Oklahoma City, Oklahoma 73102<br>Fax: 405-239-6651<br><br>*Attorneys for Director Defendants* | **CONNER & WINTERS, LLP**<br>Kiran A. Phansalkar<br>Email: kphansalkar@cwlaw.com<br>Mitchell D. Blackburn<br>Email: mblackburn@cwlaw.com<br>211 North Robinson, Suite 1700<br>Oklahoma City, Oklahoma 73102<br>Fax: 405-232-2695<br><br>*Attorneys for Nominal Defendant SandRidge Energy Inc.* |

    */s/ J. Christian Word*
    J. Christian Word
    LATHAM & WATKINS LLP