IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE SANDRIDGE ENERGY, INC. | ) | |
| SHAREHOLDER DERIVATIVE | ) | No. CIV-13-102-W |
| LITIGATION | ) | Relating to All Derivative Actions |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

The parties in the above captioned action submit the following Joint Status Report pursuant to the Court's March 14, 2016 Order. (ECF No. 378).

1. Since the parties' last report to the Court, Plaintiffs Paul Elliot, on behalf of the Paul Elliot IRA R/O ("Elliot"), and Plaintiff Lisa Ezell ("Ezell," collectively with Elliot, "Plaintiffs"), Defendants WCT Resources, L.L.C., 192 Investments, L.L.C., and TLW Land & Cattle, L.P. (the "Ward Entity Defendants"), and the Special Litigation Committee of SandRidge Energy, Inc. ("SLC") have continued to meet and confer to resolve the few issues remaining subject to review and negotiation, and to discuss finalizing the stipulation of settlement.

2. The parties agree to file on or before March 25, 2016, either a stipulation of settlement, or a joint report further advising the Court of the status of the parties' settlement.

Submitted this 18th day of March, 2016.

Respectfully submitted,

/s/ Michael Burrage
Reggie N. Whitten, OBA #9576
Michael Burrage, OBA #1350
Randa K. Reeves, OBA # 30695
**WHITTEN BURRAGE**
1215 Classen Drive
Oklahoma City, Oklahoma 73103
Telephone: (405) 516-7800
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
rreeves@whittenburragelaw.com

-and-

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
Matthew P. McCahill (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
rkaplan@kaplanfox.com
jcampisi@kaplanfox.com
mmccahill@kaplanfox.com

*Co-Lead Counsel for the Plaintiffs*

*Other Plaintiffs' Counsel:*

**JACKSON WALKER L.L.P.**
Mark T. Josephs
Texas State Bar No. 11031400
(admitted *pro hac vice*)
Andrew D. Graham
Texas State Bar No. 24041002
(admitted *pro hac vice*)
901 Main Street, Suite 6000

Dallas, Texas 75202
Telephone: (214) 953-6000
mjosephs@jw.com
agraham@jw.com

*Liaison Counsel for Plaintiffs:*

**FEDERMAN & SHERWOOD**
William B. Federman
10205 North Pennsylvania
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

*Defendants' Counsel:*

/s/ George S. Corbyn, Jr.
George S. Corbyn, Jr., OBA #1910
**CORBYN HAMPTON LAW FIRM**
211 North Robinson, Suite 1910
One Leadership Square
Oklahoma City, Oklahoma  73102
Telephone: (405) 239-7055

Everett C. Johnson, Jr. (admitted *pro hac vice*)
J. Christian Word (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
Telephone:  (202) 637-2200

*Attorneys for Defendant TLW Land & Cattle, L.P.*

/s/ Andrea Treiber Cutter
Andrea Treiber Cutter, OBA #21444
**CUTTER LAW FIRM, PLC**
320 S. Boston Avenue, Suite 1030
Tulsa, Oklahoma 74103
Telephone: (918) 882-0055

**GARDERE WYNNE SEWELL LLP**
Peter Scaff (admitted *pro hac vice*)
Texas Bar No. 24027837
Thomas A. Hagemann (admitted *pro hac vice*)
Texas Bar No. 08686800
1000 Louisiana, Suite 3400
Houston, Texas 7 7 002-501I
Telephone: 713-276-5000

*Attorneys for WCT Resources L.L.C. and 192 Investments, L.L.C.*

/s/ Robert G. McCampbell
Robert G. McCampbell, OBA #10390
Travis V. Jett, OBA #30601
**FELLERS SNIDER BLANKENSHIP**
    **BAILEY & TIPPENS, P.C.**
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102

**DEBEVOISE & PLIMPTON LLP**
Edwin G. Schallert (admitted *pro hac vice*)
Maeve O'Connor (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022

*Attorneys for the Special Litigation Committee of the Board of Directors of Nominal Defendant SandRidge Energy, Inc.*